IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-0512-MOC-DSC

| | |
|---|---|
| GLENN BECKWORTH, WILLIS BECKWORTH AND VICKY JUNEAU, <br><br>Plaintiffs, <br><br>v. <br><br>MARCEL O. BIZIER, <br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [of Erick M. Sandler, Ernest J. Mattei, and Grace J. Lee]" (documents ##2-4) filed August 16, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.                 Signed: August 17, 2012

David S. Cayer
United States Magistrate Judge