# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Willis Beckworth, et al,** | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12cv512 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Marcel O. Bizier ,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Friday, January 25, 2013 Order.

January 25, 2013

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court